NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
VINIT R. VENKATESH, ESQ. (367857)
PLG DAMAGE ATTORNEYS
2750 SW 145TH AVENUE #509
MIRAMAR, FLORIDA 33027
SERVICE@PLGDAMAGE.COM

ATTORNEY(S) FOR:  Bennea Hughes

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bennea Hughes, individually and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br> v. <br><br> Guardio LLC, <br><br> Defendant(s) | CASE NUMBER: <br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Bennea Hughes
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Bennea Hughes | Plaintiff |
| Guardio LLC | Defendant |

May 18, 2026                          /s/ Vin Venkatesh, Esq.
Date                                       Signature

Attorney of record for (or name of party appearing in pro per):

Vin Venkatesh, Esq.

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**